# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

UNITED STATES OF AMERICA,
        Plantiff,
   V.

FELIPE VALDOVINOS-ESPINO,
        Defendant.

**APPEARANCE**

Case Number: 08MJ1274

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FELIPE VALDOVINOS-ESPINO

I certify that I am admitted to practice in this court. PRO HAC VICE.

| | |
|---|---|
| 4/29/2008 | /s/ LINDA LOPEZ |
| Date | Signature |
| | Linda Lopez/ Federal Defenders of SD    177301 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 29, 2008                                   /s/  Linda Lopez
                                                      LINDA LOPEZ
                                                      Federal Defenders of San Diego, Inc.
                                                      225 Broadway, Suite 900
                                                      San Diego, CA 92101-5030
                                                      (619) 234-8467  (tel)
                                                      (619) 687-2666  (fax)
                                                      e-mail: Linda_Lopez@fd.org